UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:17-cr-91-FtM-38MRM

ADAM RATZ
_____

## **PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to one count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B), and one count of access with intent to view child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

The United States moves, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for (1) a Dell computer tower Service Tag: 2YYL8P1, and (2) a WD external hard drive, serial number W0A44643291.

The United States has established the required connection between the crimes of conviction and the assets described above. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's plea agreement (Doc. 4 at 7), this order of forfeiture is final at the time it is entered.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Fort Myers, Florida, this 29th day of August, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record