UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-91-FtM-38MRM

ADAM RATZ

_____

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for (1) a Dell computer tower Service Tag: 2YYL8P1, and (2) a WD external hard drive, serial number W0A44643291.

On August 29, 2017, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 2253. Doc. 20.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from August 31, 2017 through September 29, 2017. Doc. 30. The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED and ADJUDGED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, on November 6, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties/Counsel of Record